UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                         GENERAL COURT NUMBER

  CLERK OF COURT                                                 415-522-2000

March 10, 2020

Joel Dashiell Smith
Bursor & Fisher, P.A.
1990 North California Boulevard, Suite 940 Walnut Creek, CA 94596

John L. Cooper
Farella Braun & Martel LLP
Russ Building, 30th Floor 235 Montgomery Street San Francisco, CA 94104

Re:     Gerald Soo v. Lorex Corporation

Case Number: 20-cv-01437-JSC

Dear Counsel/Parties:

This matter has been randomly assigned to United States Magistrate Judge Jacqueline Scott Corley for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete the attached form documenting either consent or request for reassignment and e-file it with the Court by **March 24, 2020.** This form can be found on the Court's website at www.cand.uscourts.gov.

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              _____
                                              Ada Means, Deputy Clerk to the
                                              Honorable JACQUELINE SCOTT CORLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SOO,<br><br>        Plaintiff,<br><br>    v.<br><br>LOREX CORPORATION, et al.,<br><br>        Defendants. | Case No. 20-cv-01437-JSC<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

    ( )    **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

    ( )    **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____                  NAME: _____

                                                                        COUNSEL FOR<br>
                                                                        (OR "PRO SE"): _____

                                                                                 _____<br>
                                                                                                 *Signature*